# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ELIZABETH A. NANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:20CV625 |
| ) | |
| PITTSBURGH GLASS WORKS, LLC, ) | |
| and MELISSA KRAFTCHIC ) | |
| ) | |
| Defendants. ) | |

## ORDER APPROVING JOINT RULE 26(f) REPORT

The Court has reviewed the Joint Rule 26(f) Report (Docket Entry 12) submitted by the parties and approves it without modification.

_____
Joe L. Webster
United States Magistrate Judge

Date: November 24, 2020