IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:20-cv-00625-LCB-JLW

| | |
|---|---|
| ELIZABETH A. NANCE, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) **STIPULATION OF VOLUNTARY** |
| PITTSBURGH GLASS WORKS, LLC, and MELISSA KRAFTCHICK, | ) **DISMISSAL WITH PREJUDICE** ) ) |
| Defendants. | ) ) |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth A. Nance, and Defendants Pittsburgh Glass Works, LLC, and Melissa Kraftchick, by and through their undersigned counsel, stipulate that this action shall be and hereby is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

This the 19th day of August, 2021.

| | |
|---|---|
| **/s/ Corey M. Stanton** | **/s/ Gerard M. Clodomir** |
| Philip J. Gibbons, Jr. | Kristine M. Sims |
| NC State Bar No. 50276 | NC State Bar No. 26903 |
| Corey M. Stanton | Gerard M. Clodomir |
| NC State Bar No. 56255 | NC State Bar No. 54176 |
| GIBBONS LAW GROUP, PLLC | CONSTANGY, BROOKS, SMITH & PROPHETE, LLP |
| 14045 Ballantyne Corporate Pl. Suite 325 | 100 North Cherry Street, Suite 300 |
| Charlotte, North Carolina 28277 | Winston-Salem, NC  27101 |
| Telephone:  (704) 612-0038 | Telephone:  (336) 721-1001 |
| Facsimile:   (704) 612-0038 | Facsimile:  (336) 748-9112 |
| E-Mail:  phil@gibbonslg.com | Email: ksims@constangy.com |
|          corey@gibbonslg.com |         gclodomir@constangy.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

1

# CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I electronically filed the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **Philip J. Gibbons, Jr. (phil@gibbonslg.com)** and **Corey M. Stanton (corey@gibbonslg.com)**, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: **NONE.**

**/s/ Gerard M. Clodomir**
Gerard M. Clodomir
N.C. State Bar No. 54176
Email: gclodomir@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
100 North Cherry Street, Suite 300
Winston-Salem, NC 27101
Telephone: (336) 721-1001
Facsimile: (336) 748-9112

*Attorney for Defendant*